## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAC DE ALMEIDA-SILVA | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  26-3784 |
| | : | |
| J.L JAMISON, JOHN E. RIFE, | : | |
| MARKWAYNE MULLIN, TODD | : | |
| BLANCHE, U.S. DEPARTMENT OF | : | |
| HOMELAND SECURITY, | : | |
| EXECUTIVE OFFICE OF | : | |
| IMMIGRATION REVIEW | | |

## ORDER

**AND NOW**, this 3rd day of June 2026, in light of Isac De Almeida-Silva's's petition for writ of habeas corpus (DI 1), it is **ORDERED** that the government shall respond to DI 1 on or before **Monday, June 8, 2026.**

MURPHY, J.